**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:17-CV-280-GCM**

|  |  |  |
|---|---|---|
| | ) | |
| **LATANYA HARRIS,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **AMERICAN AIRLINES, INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Lauren G. Goetzl,** filed June 19, 2017 [doc. # 7].

   Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

   In accordance with Local Rule 83.1 (B), Ms. Lauren G. Goetzl is admitted to appear before this court *pro hac vice* on behalf of Defendant, American Airlines, Inc..

   **IT IS SO ORDERED.**

Signed: June 21, 2017

Graham C. Mullen
United States District Judge