UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:17-CV-00280-GCM

LATANYA HARRIS,

        Plaintiff(s),

v.

AMERICAN AIRLINES,

        Defendant(s).

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Only one form needs to be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of nongovernmental corporate parties. Counsel have a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

__American Airlines, Inc.__ who is __the defendant__
*(Name of Party)*                                     *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
      Yes         (X) No

2. Does the party have any parent corporations?
      (X) Yes         No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
    American Airlines Group Inc.

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
      (X) Yes         No

    If yes, identify all such owners:
    American Airlines Group Inc., a publicly held corporation (NASDAQ: AAL), owns 100 percent of the stock of American Airlines, Inc. Berkshire Hathaway Inc., PRIMECAP Management Company, and T. Rowe Price Group Inc. each own at least 10 percent of the stock of American Airlines Group Inc.

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
       Yes           (X) No

   If yes, identify entity and nature of interest:


   s/ Daniel E. Farrington           8/3/2017
   Signature                              Date

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing CORPORATE DISCLOSURE FORM has been electronically filed and served this 3rd day of August, 2017, upon the following parties of record:

>Jenny L. Sharpe, Esq.
>The Sharpe Law Office
>15720 Brixham Hill Ave., Ste. 300
>Charlotte, NC 28277
>
>*Attorney for Plaintiff*

>***s/ G. Bryan Adams, III***
>G. Bryan Adams, III
>N.C. Bar No. 17307
>VAN HOY, REUTLINGER, ADAMS & DUNN, PLLC
>737 East Boulevard
>Charlotte, NC 28203
>Telephone: 704-375-6022
>Fax: 704-375-6024
>Email: bryan.adams@vradlaw.com
>
>*Attorneys for Defendant*