IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-280-GCM

LATANYA HARRIS,
        Plaintiff,
v.

AMERICAN AIRLINES, INC.,
        Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Daniel Farrington,** filed August 11, 2017 [doc. # 14].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Farrington is admitted to appear before this court *pro hac vice* on behalf of Defendant, American Airlines, Inc..

**IT IS SO ORDERED.**

Signed: August 14, 2017

Graham C. Mullen
United States District Judge